944 A.2d 641

IN THE MATTER OF KENNETH STANFORD WARD, AN ATTORNEY AT LAW (ATTORNEY NO. 035852000).

April 10, 2008.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 07–103, concluding that as a matter of reciprocal discipline pursuant to *Rule* 1:20–14(a)(4)(E), **KENNETH STANFORD WARD** of **BALTIMORE, MARYLAND,** who was admitted to the bar of this State in 2001, should be suspended from the practice of law for a period of one year based on discipline imposed in Maryland that in New Jersey violates *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(b) (failure to keep client reasonably informed and to promptly respond to requests for information), *RPC* 1.4(c) (failure to explain matter to extent necessary to permit client to make informed decisions), *RPC* 1.5(a) (unreasonable fees), *RPC* 5.3(c) (supervisory violations), *RPC* 8.4(a) (violating RPCs), *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and *RPC* 8.4(c) (conduct prejudicial to the administration of justice);

And **KENNETH STANFORD WARD** having been ordered to show cause why he should not be disbarred or otherwise disciplined;

And good cause appearing;

It is ORDERED that **KENNETH STANFORD WARD** is suspended from the practice of law for a period of one year and until the further Order of the Court, effective immediately; and it is further

ORDERED that respondent shall not be reinstated to the practice of law in New Jersey unless and until he is reinstated to practice in Maryland; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that pursuant to *Rule* 1:20–20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RPC* 8.1(b) and *RPC* 8.4(c); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.